UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BBC CHARTERING & LOGISTIC GMBH & CO. K.G. | * | CIVIL ACTION NO. |
| | * | |
| | * | SECTION |
| VERSUS | * | |
| | * | MAGISTRATE |
| CVG INDUSTRIA VENEZOLANA DE ALUMINIO C.A | * | |
| | * | ADMIRALTY |
| *in personam*, and | * | |
| A CARGO OF ALUMINUM | * | Pursuant to Rule 9(h) of the |
| *in rem* | * | Federal Rules of Civil Procedure |
| | * | |

* * * * * * * * * * * * * * * * *

## VERIFIED COMPLAINT FOR RULE C ARREST AND/OR ATTACHMENT UNDER RULE B

BBC Chartering & Logistic GmbH & Co. K.G. ("BBC") submits the following Verified Complaint.

### JURISDICTION

I.

This is an admiralty and maritime law claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. BBC brings this action pursuant to 28 U.S.C. §1333. Although jurisdiction exists pursuant to 28 U.S.C. §1332 (diversity jurisdiction), BBC elects to bring this action pursuant to 28 U.S.C. §1333 (admiralty and maritime jurisdiction) and Rule 9(h) of the Federal Rules of Civil Procedure.

### PARTIES

II.

Plaintiff, BBC, was and is now a corporation organized and existing under the laws of a foreign country, with its principal place of business located in Leer, Germany, who was and is

now the disponent owner and/or operator of the M/V SIBONEY BELLE, a general merchant vessel operated by BBC engaged in the carriage of goods for hire.

III.

Defendant, CVG Industria Venezolana De Aluminio C.A ("CVG"), *in personam*, is a Venezuelan Merchant Company located and headquartered in Ciudad Guayana, Bolivar State, Venezuela, which, on or about January 1, 2008, and at all relevant times, entered into an ongoing contract of affreightment with BBC for the shipments of aluminum products from Matanzas, Venezuela to Mobile, Alabama, Veracruz, Mexico, Bilbao, Spain, and Rotterdam, Netherlands. *See* contract of affreightment / charter party, *attached as* "Exhibit A." The terms and conditions of the contract are pled herein, as if copied *in extenso*.

IV.

On or about March 1, 2010, CVG, as shipper, entered into bills of lading numbered BBCH5489519MM01 through BBCH5489519MM08 with BBC for the carriage of cargo of approximately 43,211 pieces of aluminum with a gross weight of 4353890.5 kilograms, and, upon information and belief, CVG may still hold title of the cargo in question. *See* bills of lading *attached as* "Exhibit B". The terms and conditions of the bill of ladings are pled herein, as if copied *in extenso*.

V.

Defendant, a cargo of approximately 43,211 pieces of aluminum with a gross weight of 4353890.5 kilograms ("the cargo"), *in rem*, is currently located in the Port of Mobile, State of Alabama (Alabama State Port Authority, Berth D-2).

## CAUSES OF ACTION

### VI.

With respect to CVG, this is a Complaint, *in personam*, with a prayer for all general and equitable relief allowed by law.

### VII.

With respect to CVG, this is also a Complaint, *in personam*, with a prayer for process and maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims And Asset Forfeiture Actions of the Federal Rules of Civil Procedure, to which BBC is entitled.

### VIII.

With respect to the cargo, this is a Complaint, *in rem*, pursuant to a maritime lien with a prayer for an arrest of the cargo under Rule C of the Supplemental Admiralty Rules, and with a prayer for all other relief in accordance with the laws of the State of Alabama pursuant to Federal Rule of Civil Procedure 64, which allows a party to supplement claims with the law of the state that the district court is located.

## FACTUAL ALLEGATIONS

### IX.

As noted above, on or about January 1, 2008, and at all relevant times, CVG entered into an ongoing contract of affreightment / charter party with BBC for the shipments of aluminum products from Matanzas, Venezuela to Mobile, Alabama, Veracruz, Mexico, Bilbao, Spain, and Rotterdam, Netherlands. *See* Exhibit A.

X.

The contract of affreightment / charter party identifies the applicable freight rates (Clause No. 8), payment of freight (Clause No. 9), and contains the following lien clause (Clause No. 21):

> THE OWNERS [BBC] shall have a lien on the cargo and all sub-freights payable in the respects of the cargo, for freight, deadfreight, demurrage, and claims for damages and for all other amounts due under this contract of affreightment costs of recovering same.

*See Id.*

XI.

As further noted above, on or about March 1, 2010, CVG, as shipper, entered into bills of lading numbered BBCH5489519MM01 through BBCH5489519MM08 with BBC for the carriage of cargo of approximately 43,211 pieces of aluminum with a gross weight of 4353890.5 kilograms, and, upon information and belief, CVG may still hold title of the cargo in question. *See* Exhibit B.

XII.

The applicable bills of lading specifically provide as follows:

> Freight payable as per Charter Party dated Ciudad Guayana, January 1st, 2008
>
> and
>
> ALL TERMS, CONDITIONS, EXCEPTIONS AND ANY ADDENDA THERETO OF THE GOVERNING CHARTER PARTY DATED AT CIUDAD GUAYANA JANUARY 1ST, 2008 INCLUDING THE LAW AND ARBITRATION CLAUSE ARE HEREBY EXPRESSLY INCORPORATED, ANYTHING TO THE CONTRARY IN THIS BILL OF LADING NOTWITHSTANDING.

*See Id.*

4

XIII.

In March 2010, the cargo was shipped aboard the SIBONEY BELLE from Matanzas, Venezuela to Mobile, and is currently located in the Port of Mobile (Alabama State Port Authority, Berth D-2) within the possession of BBC and/or its agent. CVG, however, despite the terms and conditions of the applicable contract of affreightment / charter party, which is incorporated into the applicable bills of lading, has not satisfied its contractual duties by improperly failing to pay freight to BBC in connection with these bills of lading and others under the ongoing contract of affreightment / charter party in the approximate amount of $4,000,000.00 ($2,000,000.00 in connection with the cargo and $2,000,000.00 in connection with past carriages). *See* Exhibits A and B.

XIV.

On several occasions, BBC has made amicable demand upon CVG regarding payment of the foregoing. To date, however, payment has not been made.

XV.

BBC has duly performed its obligations under the controlling contract of affreightment / charter party / contract of carriage; however, CVG has failed to perform its obligations and has therefore breached a maritime contract.

XVI.

Accordingly, BBC maintains a maritime lien on the cargo and is entitled to arrest the cargo currently located within this District, pursuant to Supplemental Admiralty Rule C.

XVII.

As noted above, with respect to CVG, this is also a Complaint, *in personam*, with a prayer for process and maritime attachment and garnishment pursuant to Rule B of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, to which BBC is entitled.

### XVIII.

CVG cannot be found within this District within the meaning of Rule B of the Supplemental Rules and BBC has made a good faith effort to locate CVG in this District. Upon information and belief, however, CVG may still hold title of the cargo in question and further, upon information and belief, has or will have assets within this District during the pendency of this action and subject to the jurisdiction of this Court, including but not limited to the cargo.

### XIX.

BBC is not seeking this attachment for the purpose of injuring or harassing CVG.

### XX.

BBC will be prejudiced in its recovery against CVG absent a process of maritime attachment or order of arrest.

### XXI.

BBC seeks an order from this Court directing the Clerk of Court to issue a Process of Maritime Attachment, pursuant to Rule B of the Supplemental Rules, attaching *inter alia*, any assets of CVG which may be found in this District, specifically the cargo, for the purposes of obtaining personal jurisdiction over CVG, as well as to secure BBC's claim(s).

### XXII.

BBC avers that exigent circumstances exist which make this Court's review impracticable, and that this Court should direct the Clerk to immediately issue a warrant for the arrest of the cargo, as well as process of maritime attachment.

WHEREFORE, plaintiff, BBC Chartering & Logistic GmbH & Co. K.G., prays that due process, according to the practice of this Court in admiralty jurisdiction, be issued against the defendant, CVG Industria Venezolana De Aluminio C.A, citing them to appear and answer under oath all matters alleged;

That since defendant, CVG, cannot be found within this District, pursuant to Supplemental Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, and as further requested in the attached Affidavit in Support of Prayer for Maritime Attachment, that this Court issue an Order directing the Clerk to issue Process of Maritime Attachment, specifically including the cargo;

That all persons/entities claiming any interest on the cargo be cited to appear and answer the matters aforesaid, and that after due proceedings are had, that plaintiff have judgment in the amount of approximately $4,000,000.00 ($2,000,000.00 in connection with the cargo and $2,000,000.00 in connection with past carriages), as well as other expenses and charges that may accrue, together with interest, costs, and attorneys' fees, and that the cargo described herein be condemned and sold to pay same, and that the plaintiff, BBC, have such other and further relief as the justice of the cause may require; and

That this Court maintain jurisdiction over this matter through the entry of judgment or award, for any current claims, or those which may arise in the future, including any appeals.

Respectfully submitted,

/s/ R. Scott Traweek
R. Scott Traweek (AL # TRA025)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, A PLC
106 St. Francis Street, Suite 502
Mobile, Alabama 36602
Phone: 251-438-7850
Fax: 251-438-7875
Email: straweek@gjtbs.com

OF COUNSEL:

Jason P. Waguespack (LA #21123)
Frederick W. Swaim III (LA #28242)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Telecopier: (504) 525-2456
ATTORNEYS FOR PLAINTIFF,
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.