UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BBC CHARTERING & LOGISTIC GMBH & CO. K.G. | * * * | CIVIL ACTION NO.: 1:10-cv-0146-WS-B |
| VERSUS | * * | |
| CVG INDUSTRIA VENEZOLANA DE ALUMINIO C.A *in personam*, and A CARGO OF ALUMINUM *in rem* | * * * * * | ADMIRALTY<br><br>Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## ORDER

This cause is before the Court on plaintiff's Third Motion to Release, without prejudice, certain cargo from arrest and attachment. (Doc. 25.)[1] Upon consideration, the Motion is **granted**.

In accordance with the foregoing, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that the United States Marshal release, without prejudice to plaintiff, certain cargo consisting of 347.22 metric tons of aluminum identified on Bill of Lading BBCH5489519MM10, *in rem*, currently under arrest in the Port of Mobile, State of Alabama (Alabama State Port Authority, Berth D-2).

DONE and ORDERED this 7th day of April, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] As with many of plaintiff's filings in this action to date, the Third Motion to Release Cargo was filed *ex parte*. The Court perceives no reason for this Motion to have been filed on an *ex parte* basis. Plaintiff is cautioned that future *ex parte* submissions may be stricken absent some explanation for why it is reasonably necessary for them to be filed on a restricted-access basis.